DAN RAYFIELD
Attorney General
SADIE FORZLEY #151025
Senior Assistant Attorney General
YOUNGWOO JOH #164105
Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email: youngwoo.joh@doj.oregon.gov
       sadie.forzley@doj.oregon.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| CASALA, LLC, dba Bubble's Hash, an Oregon limited liability company; and REC REHAB CONSULTING LLC, dba Ascend Dispensary, an Oregon limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>TINA KOTEK, Governor of the State of Oregon, in her official capacity; DAN RAYFIELD, Attorney General of the State of Oregon, in his official capacity; DENNIS DOHERTY, Chair of the Oregon Liquor and Cannabis Commission, in his official capacity; and CRAIG PRINS, the Executive Director of the Oregon Liquor and Cannabis Commission, in his official capacity,<br><br>Defendants. | Case No. 3:25-cv-00244-SI<br><br>DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME |

Page 1 -   DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME
          YJ1/jl9/986534145

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

## I.  LR 7-1 CERTIFICATION

Counsel for Defendants certify that they have conferred with Plaintiffs through counsel. Plaintiffs do not oppose this motion.

## II.  MOTION

Defendants Governor Tina Kotek, Attorney General Dan Rayfield, OLCC Chair Dennis Doherty, and OLCC Executive Director Craig Prins move under Federal Rule of Civil Procedure 6(b)(1) for a court order extending the deadline for Defendants' response to the Complaint, ECF No. 1, from April 21 to two weeks after this Court's ruling on Plaintiffs' motion for preliminary injunction.

## III.  MEMORANDUM

In the interest of conserving the parties' resources, the State Defendants move for an extension of the deadline to file a response to the Complaint. Under Federal Rule of Civil Procedure 6(b)(1), courts may extend deadlines "for good cause." Good cause exists here.

Plaintiffs filed their Complaint on February 12, 2025. Shortly after, Plaintiffs filed a Motion for Temporary Restraining Order and Preliminary Injunction, ECF No. 11. Defendants' response is currently due on April 21. Hearing on the motion for preliminary injunction is currently scheduled for April 29.

///
///
///
///
///
///
///
///

Page 2 -   DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME
YJ1/jl9/986534145

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

The Court's ruling and reasoning for the preliminary injunction is likely to inform the next steps in this matter. Allowing Defendants two weeks after the ruling to file a response to the Complaint would thus conserve the parties' resources. Good cause thus exists for the extension, and this Court should grant the motion.[1]

DATED April __15__, 2025.

Respectfully submitted,

DAN RAYFIELD
Attorney General

_s/ YoungWoo Joh_
SADIE FORZLEY #151025
Senior Assistant Attorney General
YOUNGWOO JOH #164105
Assistant Attorney General
Trial Attorneys
Tel (971) 673-1880
Fax (971) 673-5000
youngwoo.joh@doj.oregon.gov
sadie.forzley@doj.oregon.gov
Of Attorneys for Defendants

---

[1] Defendants are concurrently moving for consolidation of the April 29 hearing with trial on the merits under Federal Rule of Civil Procedure 65(a)(2). If this Court grants that motion in its entirety and decides the merits of the Complaint, then that will likely moot the need for Defendants' response to the Complaint.

Page 3 -   DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME
            YJ1/jl9/986534145

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000