Stephen M. Scott, OSB No. 134800
smscott@fisherphillips.com
Todd A. Lyon, OSB No. 076706
tlyon@fisherphillips.com
Alexander A. Wheatley, OSB No. 105395
awheatley@fisherphillips.com
Janelle W. Debes, OSB No. 211543
jdebes@fisherphillips.com
FISHER & PHILLIPS LLP
111 SW Fifth Avenue, Suite 4040
Portland, Oregon 97204
(503) 242-4262 Telephone
(503) 242-4263 Facsimile

    Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| CASALA, LLC, dba Bubble's Hash, an Oregon limited liability company; and REC REHAB CONSULTING LLC, dba Ascend Dispensary, an Oregon limited liability company,<br><br>    Plaintiffs,<br><br>v.<br><br>TINA KOTEK, Governor of the State of Oregon, in her official capacity; DAN RAYFIELD, Attorney General of the State of Oregon, in his official capacity; DENNIS DOHERTY, Chair of the Oregon Liquor and Cannabis Commission, in his official capacity; and CRAIG PRINS, the Executive Director of the Oregon Liquor and Cannabis Commission, in his official capacity,<br><br>    Defendants. | Case No. 3:25-CV-00244-SI<br><br>**STIPULATED MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR ATTORNEY FEES AND BILL OF COSTS** |

PAGE 1 -   STIPULATED MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR ATTORNEY FEES AND BILL OF COSTS

**FISHER & PHILLIPS LLP**
111 SW Fifth Avenue, Suite 4040
Portland, Oregon 97204
(503) 242-4262

FP 55096044.2

## LR 7-1(a) CERTIFICATION

Counsel for Plaintiffs certifies that he has conferred with counsel for Defendants by email about this motion for extension of time, and Defendants stipulate to this motion.

## MOTION

The parties, by and through their respective counsel, hereby stipulate to extend the deadline for Plaintiffs to file a motion for attorney fees and bill of costs to June 6, 2025. Plaintiffs' current deadline is June 3, 2025. This is the first request for an extension by Plaintiffs, and this motion is made in good faith and not for the purpose of delay.

This extension will not impact other existing deadlines, settings, or schedules, and will not prejudice either party. Defendants stipulate to this motion.

## CONCLUSION

For the reasons stated above, the parties respectfully request that the Court enter an order extending the deadline for Plaintiffs to file a motion for attorney fees and bill of costs to June 6, 2025.

DATED this 3rd day of June, 2025.

**IT IS SO STIPULATED:**

| DEPARTMENT OF JUSTICE | FISHER & PHILLIPS LLP |
|---|---|
| *s/ Sadie Forzley* (with consent) <br> Sadie Forzley, OSB No. 151025 <br> Saide.forzley@doj.oregon.gov <br> Youngwoo Joh, OSB No. 164105 <br> youngwood.joh@doj.oregon.gov <br> 100 SW Market Street <br> Portland, OR 97201 <br> Phone: 971.673.1880 <br>   *Attorneys for Defendants* | *s/ Stephen M. Scott* <br> Stephen M. Scott, OSB No. 134800 <br> smscott@fisherphillips.com <br> Todd A. Lyon, OSB No. 076706 <br> tlyon@fisherphillips.com <br> Alexander A. Wheatley, OSB No. 105395 <br> awheatley@fisherphillips.com <br> Janelle W. Debes, OSB No. 211543 <br> jdebes@fisherphillips.com <br> Telephone: (503) 242-4262 <br>   *Attorneys for Plaintiffs* |

PAGE 2 -   STIPULATED MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR ATTORNEY FEES AND BILL OF COSTS

**FISHER & PHILLIPS LLP**
111 SW Fifth Avenue, Suite 4040
Portland, Oregon 97204
(503) 242-4262

FP 55096044.2