DAN RAYFIELD
Attorney General of Oregon
BENJAMIN GUTMAN
Solicitor General
DENISE G. FJORDBECK
Attorney-in-Charge
Civil/Administrative Appeals
1162 Court St.
Salem, Oregon 97301
Telephone: (503) 378-4402

Counsel for Defendants-Appellants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| CASALA, LLC, d/b/a Bubble's Hash; and REC REHAB CONSULTING LLC, d/b/a Ascend Dispensary, <br><br>   Plaintiffs-Appellees, <br><br>  v. <br><br>TINA KOTEK, in her official capacity as Governor of the State of Oregon; DAN RAYFIELD, in his official capacity as Attorney General of the State of Oregon; DENNIS DOHERTY, in his official capacity as Chair of the Oregon Liquor and Cannabis Commission; and CRAIG PRINS, in his official capacity as Executive Director of the Oregon Liquor and Cannabis Commission, <br><br>   Defendants-Appellants. | Case No. 3:25-cv-00244-SI <br><br> NOTICE OF APPEAL |

  Notice is given that defendants-appellants, Tina Kotek, Dan Rayfield, Dennis Doherty and Craig Prins, hereby appeal to the United States Court of Appeals for the Ninth Circuit from the judgment entered on May 20, 2025, Docket No. 49, by the Honorable Michael H. Simon of the United States District Court for the District of Oregon. The Ninth Circuit Court of Appeals

Page 1 -   NOTICE OF APPEAL
    DGF/kw5/992506611

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 378-4402 / Fax: (503) 378-6306

has jurisdiction over this matter pursuant to 28 U.S.C. § 1291, as the judgment is the final decision of the district court.

        Respectfully submitted,

        DAN RAYFIELD  #064790
        Attorney General
        BENJAMIN GUTMAN  #160599
        Solicitor General

        /s/  Denise G. Fjordbeck
        _____
        DENISE G. FJORDBECK  #822578
        Attorney-in-Charge
        Civil/Administrative Appeals
        denise.fjordbeck@doj.oregon.gov

        Attorneys for Defendants-Appellants
        Tina Kotek, Dan Rayfield, Dennis Doherty
        and Craig Prins

Page 2 -   NOTICE OF APPEAL
  DGF/kw5/992506611

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 378-4402 / Fax: (503) 378-6306

## NOTICE OF FILING AND PROOF OF SERVICE

I certify that on June 11, 2025, I directed the original Notice of Appeal to be electronically filed with the Clerk of the Court for the United States District Court for the District of Oregon by using the appellate CM/ECF system.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

I further certify that on June 11, 2025, a copy of the Notice of Appeal was sent via certified mail, return received requested, in an envelope with postage pre-paid to the following:

| | |
|---|---|
| Stephen M. Scott<br>Todd A. Lyon<br>Janelle W. Debes<br>Alexander A. Wheatley<br>Fisher & Phillips, LLP<br>111 SW Fifth Ave., Ste. 4040<br>Portland, OR  97204 | Noah T. Barish<br>McKanna Bishop Joffe, LLP<br>1635 NW Johnson Street<br>Portland, OR  97209 |

/s/  Denise G. Fjordbeck
_____
DENISE G. FJORDBECK  #822578
Attorney-in-Charge
Civil/Administrative Appeals
denise.fjordbeck@doj.oregon.gov

Attorney for Defendants-Appellants
Tina Kotek, Dan Rayfield, Dennis Doherty
and Craig Prins

Page 1 -   NOTICE OF FILING AND PROOF OF SERVICE
           DGF/kw5/992506611

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 378-4402 / Fax: (503) 378-6306

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **CASALA, LLC**, d/b/a Bubble's Hash; and **REC REHAB CONSULTING LLC**, d/b/a Ascend Dispensary,<br><br>Plaintiffs,<br><br>v.<br><br>**TINA KOTEK**, in her official capacity as Governor of the State of Oregon; **DAN RAYFIELD**, in his official capacity as Attorney General of the State of Oregon; **DENNIS DOHERTY**, in his official capacity as Chair of the Oregon Liquor and Cannabis Commission; and **CRAIG PRINS**, in his official capacity as Executive Director of the Oregon Liquor and Cannabis Commission,<br><br>Defendants. | Case No. 3:25-cv-244-SI<br><br>**JUDGMENT** |

This action was heard by the Court in a one-day bench trial on a written record on April 29, 2025, with U.S. District Judge Michael H. Simon presiding. Based on the Court's Opinion and Order, which contains the Court's findings of fact and conclusions of law,

The Court **DECLARES** that the United for Cannabis Workers Act, passed by an initiative approved by Oregon voters in 2024 as Ballot Measure 119 ("Measure 119"), is:

PAGE 1 – JUDGMENT

(1) preempted by the National Labor Relations Act; and (2) abridges Plaintiffs' freedom of speech in violation of the First Amendment.

Further, the Court **PERMANENTLY ENJOINS AND RESTRAINS** Defendants from enforcing Measure 119 against Plaintiffs.

This is the Court's Final Judgment in this matter. The Court retains jurisdiction as necessary to enforce the terms of this Final Judgment.

DATED this 20th day of May, 2025.

/s/ *Michael H. Simon*  
Michael H. Simon  
United States District Judge

PAGE 2 – JUDGMENT