DAN RAYFIELD
Attorney General
SADIE FORZLEY #151025
Senior Assistant Attorney General
YOUNGWOO JOH  #164105
Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email:  youngwoo.joh@doj.oregon.gov
        sadie.forzley@doj.oregon.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| CASALA, LLC, dba Bubble's Hash, an Oregon limited liability company; and REC REHAB CONSULTING LLC, dba Ascend Dispensary, an Oregon limited liability company,<br><br>        Plaintiffs,<br><br>     v.<br><br>TINA KOTEK, Governor of the State of Oregon, in her official capacity; DAN RAYFIELD, Attorney General of the State of Oregon, in his official capacity; DENNIS DOHERTY, Chair of the Oregon Liquor and Cannabis Commission, in his official capacity; and CRAIG PRINS, the Executive Director of the Oregon Liquor and Cannabis Commission, in his official capacity,<br><br>        Defendants. | Case No.  3:25-cv-00244-SI<br><br>STIPULATED ORDER ON ATTORNEY'S FEES AND OTHER COSTS |

Page 1 -    STIPULATED ORDER ON ATTORNEY'S FEES AND OTHER COSTS
        YJ1/jl9/996422824

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

On May 20 of this year, this Court entered judgment in favor of Plaintiffs. The State Defendants have appealed the judgment. During the pendency of the appeal, the parties have settled Plaintiffs' fee demand by agreeing on an amount for the attorney's fees award.

Per the parties' agreement, Plaintiffs are awarded $150,000 in attorney's fees. Plaintiffs are further awarded $405 in other costs. This award resolves all attorney's fees and other costs in this matter recoverable under Federal Rule of Civil Procedure 54(d) and 42 U.S.C. § 1988.

This attorney's fees and costs award is contingent on Plaintiffs remaining the prevailing parties on a fee-bearing claim after the appellate mandate issues for this matter.

DATED August __13__, 2025.

IT IS SO STIPULATED:

| | |
|---|---|
| DAN RAYFIELD<br>Attorney General | FISHER & PHILLIPS LLP |
| _s/ YoungWoo Joh_<br>SADIE FORZLEY #151025<br>Senior Assistant Attorney General<br>YOUNGWOO JOH #164105<br>Assistant Attorney General<br>Trial Attorneys<br>Tel (971) 673-1880<br>Fax (971) 673-5000<br>sadie.forzley@doj.oregon.gov<br>youngwoo.joh@doj.oregon.gov<br>Of Attorneys for Defendants | _s/ Stephen M. Scott_<br>Stephen M. Scott, OSB No. 134800<br>smscott@fisherphillips.com<br>Todd A. Lyon, OSB No. 076706<br>tlyon@fisherphillips.com<br>Alexander A. Wheatley, OSB No. 105395<br>awheatley@fisherphillips.com<br>Janelle W. Debes, OSB No. 211543<br>jdebes@fisherphillips.com<br>Telephone: (503) 242-4262<br>*Attorneys for Plaintiffs* |

DATED August _14_, 2025.

_____
MICHAEL H. SIMON
United States District Judge

Page 2 -   STIPULATED ORDER ON ATTORNEY'S FEES AND OTHER COSTS
         YJ1/jl9/996422824

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000